USDC IN/ND case 2:21-cv-00214-PPS-JEM   document 4   filed 06/24/21   page 1 of 2

45D10-2106-CT-000602
Filed: 6/24/2021 3:54 PM
Clerk
Lake Superior Court, Civil Division 6
Lake County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA ) | | IN THE LAKE _____ COURT |
| )ss | | |
| COUNTY OF LAKE ) | | SITTING IN _____, INDIANA |

| | |
|---|---|
| EDWARD BLONSKI ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | CAUSE NO: 45D10-2106-CT-000602 |
| ) | |
| MENARD, INC. ) | |
| ) | |
| Defendants. ) | |

## COMPLAINT

Comes now Plaintiff Edward Blonski by counsel Law Office of David Gladish, P.C. by David S. Gladish and Mark J. Schocke and hereby asserts the following cause of action against Defendant Menard, Inc. as follows:

1. Plaintiff Edward Blonski is an adult resident of the Town of Griffith, Lake County, State of Indiana.

2. Defendant Menard, Inc. is a foreign for-profit corporation doing business in the City of Gary, Lake County, State of Indiana. (hereinafter referred to as "Menard").

3. On or about May 15, 2021, Plaintiff was an invitee of Menard in the City of Gary, Lake County, State of Indiana.

4. On or about May 15, 2021, Plaintiff Edward Blonski was lawfully upon the aforesaid premises at 6050 W. Ridge Rd., Gary, Indiana as an invitee of Defendant, Mendard.

5. That on or about May 15, 2021, and all times herein relevant, then and there the Defendant Menard owed a duty of care to the Plaintiff.

1

6.Notwithstanding the aforesaid duty, Defendant, Menard breached the duty of care it owed to the Plaintiff.

7.That as a direct and proximate result of Defendant's negligence as aforesaid, Plaintiff fell to the ground resulting in personal injuries requiring medical care and attention along with the incidental and consequential expenses involved therewith.  That while the Plaintiff was convalescing from his injuries, he has suffered emotional distress as well as loss of enjoyment of life.

WHEREFORE, Plaintiff Edward Blonski respectfully requests judgment against Defendant Menard, Inc. in an amount of money that will adequately compensate him for the injuries and damages he has sustained, continues to sustain, for costs of this action and for all other just and proper relief in the premises.

**JURY DEMAND**

Plaintiff demands trial by jury.

| | |
|---|---|
| /s/Mark J. Schocke | /s/ David Gladish |
| MARK J. SCHOCKE, #29746-45 | DAVID S. GLADISH, #18653-45 |
| Law Office of David Gladish, P.C. | Law Office of David Gladish, P.C. |
| 3235 45th Street | 3235 45th Street |
| Highland, IN  46322 | Highland, IN  46322 |
| (219) 838-1900 | (219) 838-1900 |